IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| GUARDIAN PROTECTION GROUP LLC, | ) ) ) | |
| *Plaintiff,* | ) ) ) | Case No.:  4:26-cv-00683-MTS |
| v. | ) ) | |
| THOMAS MURPHY and AMERICA FIRST ASSURANCE, | ) ) ) | |
| *Defendants.* | ) | |

## **JOINT STIPULATION OF DISMISSAL**

COME NOW Plaintiff Guardian Protection Group LLC, Defendant America First Assurance and Defendant Thomas Murphy, by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby dismiss with prejudice: (i) all claims asserted by Plaintiff against Defendants; (ii) all counterclaims asserted by Defendant America First Assurance, Logan Newell, and/or Defendant Murphy against Plaintiff; and (iii) all claims, counterclaims, third-party claims, and requests for affirmative relief asserted by Logan Newell and any Party to this lawsuit. Each party is to bear its own costs and attorneys' fees.

DATED: July 22, 2026

4915-0436-6777, v. 3

**UB GREENSFELDER LLP**

By:    _/s/ Christopher A. Pickett_
      Christopher A. Pickett, #51059MO
      cpickett@ubglaw.com
      William T. Kernell, #73792MO
      wkernell@ubglaw.com
      Remington D. Harris, #74684
      rharris@ubglaw.com
      10 South Broadway, Suite 2000
      St. Louis, MO 63102
      Phone: 314.345.5400
      Fax: 314.241.8624
      *Attorneys for the Plaintiff*

AND

**THE ELSTER LAW OFFICE, LLC**

By:    _/s/ Henry P. Elster_
      Henry P. Elster, #62875MO
      henry@elsterlaw.com
      7800 Forsyth Blvd., 5th Floor
      St. Louis, MO 63105
      Phone: 314.727.0868
      *Attorney for Defendant Thomas Murphy*

AND

**UTHOFF, GRAEBER, BOBINETTE & BLANKE**

By:    _/s/  Richard B. Blanke_
      Richard B. Blanke, #28675MO
      rblanke@ugbblaw.com
      Paul L. Schmitz, #66885MO
      pschmitz@ugbblaw.com
      906 Olive Street, Ste. 300
      St. Louis, MO  63101
      Phone:  (314) 621-9550
      Fax:  (314) 621-2697
      *Attorneys for Defendant America First Assurance*

4915-0436-6777, v. 3

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the foregoing was filed with the Court and served on all counsel of record on July 22, 2026.

*/s/ Christopher A. Pickett*

4915-0436-6777, v. 3